ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 3 2009

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | CRIMINAL NO. 3:06-CR-350-P |
| KENDRIX T. RAY (11) | § § | |

## MOTION FOR ORDER TO UNSEAL

The United States of America moves for entry of an Order unsealing the Superseding Indictment filed November 8, 2007, as to the above defendant only.

Respectfully submitted,

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

JAY DEWALD
Assistant United States Attorney
Texas Bar No. 24001990
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8784
Facsimile: 214.767.4913

MOTION FOR ORDER TO UNSEAL - SOLO PAGE