# EXHIBIT 'A'

```
  EREBB            *      INMATE EDUCATION DATA        *     11-18-2014
PAGE 002 OF 002 *               TRANSCRIPT             *     12:07:54

REGISTER NO: 38541-177    NAME..: RAY                      FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: ERE-EL RENO FCI
```

| SUB-FACL | DESCRIPTION | | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|---|
| ERE | SHACKELTON | | 04-11-2011 | 04-11-2011 | P | C | P | 4 |
| ERE | BIBLE CODE VIDEO SERIES | | 02-24-2011 | 02-24-2011 | P | C | P | 2 |
| ERE | A&O FAMILIARIZATION - MAIN | | 01-27-2011 | 01-27-2011 | P | C | P | 7 |

------------------------------ HIGH TEST SCORES ------------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| GED | AVERAGE | 458.0 | 12-29-2011 | ERE | PASS | OK |
|  | LIT/ARTS | 480.0 | 12-29-2011 | ERE | II | OK |
|  | MATH | 470.0 | 06-04-2011 | ERE | IE | OK |
|  | SCIENCE | 460.0 | 06-04-2011 | ERE | IE | OK |
|  | SOC STUDY | 420.0 | 09-20-2011 | ERE | IC | OK |
|  | WRITING | 460.0 | 12-29-2011 | ERE | II | OK |
| GED PRAC | LIT/ARTS | 470.0 | 03-25-2011 | ERE | PA |  |
|  | MATH | 450.0 | 03-25-2011 | ERE | PA |  |
|  | SCIENCE | 470.0 | 03-25-2011 | ERE | PA |  |
|  | SOC STUDY | 530.0 | 03-25-2011 | ERE | PA |  |
|  | WRITING | 490.0 | 04-15-2011 | ERE | POST3 |  |
| TABE D | MATH APPL | 7.1 | 04-07-2011 | ERE | 9 |  |
|  | MATH COMP | 4.4 | 04-07-2011 | ERE | 9 |  |
|  | READING | 5.9 | 04-07-2011 | ERE | 9 |  |
| TABE E | BATTERY | 5.7 | 04-07-2011 | ERE | 9 |  |
|  | LANG MECH | 2.3 | 04-07-2011 | ERE | 9 |  |
|  | LANGUAGE | 5.9 | 04-07-2011 | ERE | 9 |  |
|  | TOTAL MATH | 5.5 | 04-07-2011 | ERE | 9 |  |

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

EX A.



# Department of Education
## State of Oklahoma

## HIGH SCHOOL DIPLOMA

THIS CERTIFIES that **KENDRIX T RAY** has shown evidence of general educational development equivalent to a high school education as revealed by scores made on the General Educational Development Tests, as prescribed by the State Board of Education.

Given at Oklahoma City, Oklahoma, this **28th** of **December**, **2011**.

_Janet C. Barresi_
Janet Barresi
State Superintendent of Public Instruction

**OKLAHOMA**
STATE DEPARTMENT of EDUCATION
JANET BARRESI
STATE SUPERINTENDENT
of PUBLIC INSTRUCTION

Credential # **367150**

# Certificate of Completion

This certifies that

## Kendrix Ray

HAS SUCCESSFULLY COMPLETED THE EDUCATION PROGRAM REQUIREMENTS FOR

### V.T. Welding

Issued on this 21st day of December 2012



Mark Sheed, V.T. Welding Instructor



Certificate of Completion

This certificate is awarded to

*Kendrix Ray*

for the successful completion of

"Drug Abuse Self-Study"

at FCI, El Reno on May 8, 2013

J. Munneke, Psy.D., Drug Abuse Program Coordinator

# Certificate of Achievement

IS AWARDED TO

## Kendrix Ray

FOR THE SUCCESSFUL COMPLETION OF
FEDERAL BUREAU OF PRISONS
**DRUG ABUSE EDUCATION PROGRAM**
FEDERAL CORRECTIONAL INSTITUTE - EL RENO, OKLAHOMA
JUNE 15, 2011

_____
V. Estes, M.Ed.
Drug Treatment Specialist

_____
J. Munneke, Psy.D.
Drug Abuse Program Coordinator